Order issued November 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01416-CV

**JANOS FARKAS, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee**

## ORDER

Appellant's motion to extend the deadline for filing his motion for reconsideration/rehearing

is **GRANTED**. Appellant's motion for rehearing is due on or before **November 26, 2012**.


ELIZABETH LANG-MIERS
JUSTICE